Richard J. Grabowski (State Bar No. 125666)
rgrabowski@JonesDay.com
John A Vogt (State Bar No. 198677)
javogt@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Defendant
EXPERIAN HOLDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RYAN AND CAITLAN LANGE, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>EXPERIAN HOLDINGS, INC. and T-MOBILE US, INC.<br><br>                    Defendants. | Case No. 8:15-cv-01595 JVS (DFMx)<br><br>Hon. James V. Selna<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

# [PROPOSED] ORDER

The Court has read and considered the Stipulation to Extend the Time to Respond to the Amended Complaint by and between plaintiffs Colin Ryan and Caitlan Lange and Defendants Experian Holdings, Inc. and Experian Information Solutions, Inc. The Stipulation provides that Defendants shall have until December 4, 2015 to file their responses to the Amended Complaint. For good cause appearing, it is hereby ordered that Defendants' deadline to file a response to the Amended Complaint in this matter is continued until December 4, 2015.

**IT IS SO ORDERED.**

Date: _____          _____
                                     Hon. James V. Selna
                                     United States District Judge