## **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## Central District of California

Case Number: 8:15-CV-01595

Plaintiff:
**Colin Ryan and Caitlan Lange**
vs.
Defendant:
**Experian Holdings, Inc. and T-Mobile US, Inc.**

For: Jon Lambiras, Esquire
   Berger & Montague, PC

Received by TALONE & ASSOCIATES to be served on Experian Holdings, Inc., 475 Anton Boulevard, Costa Mesa, CA 92626. I, __Alan Thomas__ _____, being duly sworn, depose and say that on the __14th__ day of __October__, 20__15__ at __4__ : __14__ p.m., executed service by delivering a true copy of the Summons & Complaint in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving __Michael Alvarez__ as __Security Supervisor authorized to accept service of process__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age __35__ Sex M F Race __Hispanic__ Height __6'3"__ Weight __250__ Hair __Brown__ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __20__ day of __OCTOBER__, __2015__ by the affiant who is personally known to me.

NOTARY PUBLIC

MICHAEL KERN
COMM. # 2059000
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. FEB. 23, 2018

PROCESS SERVER # __1098__
Appointed in accordance with State Statutes

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2015002336
Ref: Ryan/Lange v. Experian Holdings/T-Mobile

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n