Name and address:

Shanon J. Carson
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

COLIN RYAN and CAITLAN LANGE, on behalf of themselves and all others similarly situated,

Plaintiff(s)

v.

EXPERIAN HOLDINGS, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.

Defendant(s).

| CASE NUMBER |
| --- |
| 8:15-cv-01595 |

### (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Carson, Shanon J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(215) 875-3000
*Telephone Number*

(215) 875-4604
*Fax Number*

scarson@bm.net
*E-Mail Address*

of

Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs Colin Ryan and Caitlan Lange

*Name(s) of Party(ies) Represented*

☒ Plaintiff  ☐ Defendant  ☐ Other: _____

### and designating as Local Counsel

Fraenkel, Stuart R.
*Designee's Name (Last Name, First Name & Middle Initial)*

173991
*Designee's Cal. Bar Number*

(213) 622-6469
*Telephone Number*

(213) 622-6019
*Fax Number*

of

Nelson & Fraenkel LLP
707 Wilshire Blvd., Suite 3600
Los Angeles, CA 90017

*Firm Name & Address*

sfraenkel@nflawfirm.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**