**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Monday, October 26, 2015 2:54 PM
**To:**
**Subject:** Pay.gov Payment Confirmation: CACD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25O3KDO1
Agency Tracking ID: 0973-16678262
Transaction Type: Sale
Transaction Date: Oct 26, 2015 5:53:38 PM



THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.