Name and address:

Sherrie R. Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| COLIN RYAN and CAITLAN LANGE, on behalf of themselves and all others similarly situated, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:15-cv-01595 |
| v. | |
| EXPERIAN HOLDINGS, INC. and EXPERIAN INFORMATION SOLUTIONS, INC. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Savett, Sherrie R.                                         of    Berger & Montague, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*         1622 Locust Street
                                                                   Philadelphia, PA 19103
(215) 875-3000                (215) 875-4604
*Telephone Number*            *Fax Number*
ssavett@bm.net
*E-Mail Address*                                                   *Firm Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiffs Colin Ryan and Caitlan Lange

*Name(s) of Party(ies) Represented*        ☒ Plaintiff   ☐ Defendant   ☐ Other:

and designating as Local Counsel

Fraenkel, Stuart R.                                        of    Nelson & Fraenkel LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        707 Wilshire Blvd., Suite 3600
                                                                  Los Angeles, CA 90017
173991                        (213) 622-6469
*Designee's Cal. Bar Number*  *Telephone Number*

                              (213) 622-6019
                              *Fax Number*                        *Firm Name & Address*
                                                                  sfraenkel@nflawfirm.com
                                                                  *E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated _____                             _____
                                                          U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*        Page 1 of 1