Name and address:

Shanon J. Carson
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RYAN and CAITLAN LANGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>EXPERIAN HOLDINGS, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>8:15-cv-01595<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Carson, Shanon J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(215) 875-3000            (215) 875-4604
*Telephone Number*         *Fax Number*

scarson@bm.net
*E-Mail Address*

of  Berger & Montague, P.C.
    1622 Locust Street
    Philadelphia, PA  19103

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiffs Colin Ryan and Caitlan Lange

*Name(s) of Party(ies) Represented*     [X] Plaintiff   [ ] Defendant   [ ] Other:

and designating as Local Counsel

Fraenkel, Stuart R.
*Designee's Name (Last Name, First Name & Middle Initial)*

173991
*Designee's Cal. Bar Number*

(213) 622-6469
*Telephone Number*

(213) 622-6019
*Fax Number*

of  Nelson & Fraenkel LLP
    707 Wilshire Blvd., Suite 3600
    Los Angeles, CA 90017

*Firm Name & Address*

sfraenkel@nflawfirm.com
*E-Mail Address*

hereby ORDERS the Application be:

[ ] GRANTED.
[ ] DENIED.  Fee shall be returned by the Clerk.
[ ] DENIED, for failure to pay the required fee.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge