| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, October 26, 2015 2:54 PM |
| **To:** | |
| **Subject:** | Pay.gov Payment Confirmation: CACD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25O3KDO1
Agency Tracking ID: 0973-16678262
Transaction Type: Sale
Transaction Date: Oct 26, 2015 5:53:38 PM



THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1